UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         **SCHEDULING ORDER**

                         20 Cr. 187 (AKH)

   -against-

PAULETTE ETOTY

                 Defendant(s).
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a telephonic pre-trial conference on October 13, 2020 at 11:00 am., which conference will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all **participants** are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than October 12, 2020 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:   October 9, 2020        _____/s/_____
          New York, New York        ALVIN K. HELLERSTEIN
                                        United States District Judge