

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2021

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Rm 1050
New York, NY 10007

Time is excluded until July 7, 2021, under the Speedy Trial Act in the interest of justice, with respect to the superseding indictment.

So ordered,
/s/ Hon. Alvin K. Hellerstein
Feb. 2, 2021

Re:   *United States v. Paulette Etoty*, S1 20 Cr. 187 (AKH)

Dear Judge Hellerstein:

     The defendant was arraigned today on a superseding indictment in the above-captioned matter. The Court previously excluded time until July 7, 2021 on the original indictment. Out of an abundance of caution, the Government respectfully requests, with the defendant's consent, that the Court also exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) until July 7, 2021 with respect to the superseding indictment.

     Respectfully submitted,

     AUDREY STRAUSS
     United States Attorney

by: *[signature]*
     Mitzi S. Steiner
     Assistant United States Attorney
     (212) 637-2284