

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2021

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered.  The motions will be heard, and the submissions reviewed, at the Final Pre-Trial Conference set for July 7, 2021, at 10:30 a.m.

/s/ Hon. Alvin K. Hellerstein
June 9, 2021

Re:   *United States v. Paulette Etoty*,
         S1 20 Cr. 187 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter on behalf of the parties in connection with the trial in this matter scheduled for July 13, 2021.  The parties jointly propose that the Court's remaining pretrial deadlines be set as follows:

| | |
|---|---|
| June 23, 2021: | Motions *in limine*, proposed *voir dire*, and proposed jury instructions. |
| June 30, 2021: | Responses to motions *in limine*. |

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:   s/ Mitzi S. Steiner
       Mitzi S. Steiner
       Robert B. Sobelman
       Assistant United States Attorneys
       (212) 637-2284/2616

cc:   (by ECF)

      Counsel of Record