

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2021

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Rm 1050
New York, NY 10007

The extension is granted. However, the Court prefers separate submissions to better gain each side's arguments and perspectives.

So ordered.
/s/ Hon. Alvin K. Hellerstein
June 22, 2021

Re: *United States v. Paulette Etoty*, 20 Cr. 187 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter on behalf of the parties to request a brief postponement of the submission deadline for proposed *voir dire* and jury instructions from June 23, 2021 to June 25, 2021. The parties are endeavoring to jointly submit proposed *voir dire* and jury instructions, and the postponement will allow the parties additional time to confer before making their submission to the Court.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

by: *[signature]*
      Mitzi S. Steiner
      Robert B. Sobelman
      Assistant United States Attorneys
      (212) 637-2284 / 2616