UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
: **SCHEDULING ORDER**
:
-against- : S1 20 Cr. 187 (AKH)
:
:
PAULETTE ETOTY, :
:
Defendant. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The final pretrial conference scheduled to be held in person on July 7, 2021, at 10:30 a.m., will be held in Courtroom 14D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated:    July 1, 2021                       _____/s/_____
           New York, New York            ALVIN K. HELLERSTEIN
                                                         United States District Judge