UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                                             :          **SCHEDULING ORDER**
          -against-                          :
                                             :          20 Cr. 187 (AKH)
PAULETTE ETOTY,                              :
                                             :
                              *Defendant*.   :
                                             :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pre-trial conference previously scheduled for September 23, 2021 is hereby adjourned and time is excluded until January 14, 2022.

      The parties are hereby ordered to appear for a pre-trial conference on January 14, 2022, at 12:00 p.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

      Finally, no later than January 5, 2022 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    September 17, 2021                    _____/s/ Alvin K. Hellerstein_____
            New York, New York                ALVIN K. HELLERSTEIN
                                                      United States District Judge