# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

October 15, 2021

The request is granted.  So ordered.
/s/ Alvin K. Hellerstein
October 15, 2021

**VIA FAX**
Honorable Judge Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     **United States v. Paulette Etoty**
        **20 Cr. 187 (AKH)**

Dear Judge Hellerstein:

I write on behalf of my client Paulette Etoty, with the consent of Assistant United States Attorney Mitzi Steiner and United States Pretrial Services Officer Lea Harmon, to respectfully request that the Court temporarily modify the conditions of Ms. Etoty's bond to allow her to travel with her daughter to Baltimore, Maryland.

With the Court's permission, Ms. Etoty plans to attend her daughter's homecoming weekend at Morgan State University in Baltimore, Maryland, from October 22 to October 24, 2021. She will travel there by train with her daughter and the events will take place on campus at 1700 E. Cold Spring Lane, Baltimore, MD 21257. Ms. Etoty and her daughter will be staying at a motel nearby.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
Tel.: (212) 417-8728

cc: AUSA Mitzi Steiner
    Lea Harmon, Pretrial Services Officer