UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES                          :
                                       :
                                       :     **ORDER**
     -against-                         :
                                       :     20 Cr. 187 (AKH)
PAULETTE ETOTY,                        :
                                       :
                    Defendant.         :
                                       :
                                       :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The above-captioned case was tried from July 13, 2021 through July 22, 2021. After the jury deadlocked, I declared a mistrial. *See* ECF No. 79 at 551:8–13.

Several motions are marked as open but were resolved. A review of the docket reflects the following:

ECF No. 8 was resolved by my order at ECF No. 10.

ECF Nos. 37, 38, and 46 are motions *in limine* resolved in advance of trial.

ECF No. 54 was resolved by my order at ECF No. 55.

ECF No. 57 was resolved at the proceedings on July 13, 2021. *See* ECF No. 67.

ECF No. 60 was resolved by the parties. *See* ECF No. 71 at 248:17–18.

ECF Nos. 61 and 63 are now moot because trial has concluded.

Accordingly, the Clerk shall terminate ECF Nos. 8, 37, 38, 46, 54, 57, 60, 61, and 63.

SO ORDERED.

Dated:   March 23, 2022            __/s/ Alvin K. Hellerstein_____
         New York, New York        ALVIN K. HELLERSTEIN
                                   United States District Judge