UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
    UNITED STATES OF AMERICA             :

                                                  :    **SCHEDULING ORDER**

        -against-                              :    20 Cr. 187 (AKH)

    PAULETTE ETOTY,                            :

                                   Defendant.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The final pre-trial conference will take place on June 7, 2023, at noon.

        No later than June 1, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    February 1, 2023                    /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                            United States District Judge