UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
    UNITED STATES OF AMERICA               :

                                              :     **SCHEDULING ORDER**

         -against-                             :     20 Cr. 187 (AKH)

    PAULETTE ETOTY,                     :

                          Defendant. :
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The final pre-trial conference is adjourned from June 7, 2023, to February 21, 2024 at 11 a.m.  No later than February 14, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       The trial is adjourned from June 12, 2023, to February 26, 2024, at 10 a.m., and time is excluded until February 26, 2024.

       SO ORDERED.

Dated:     March 7, 2023                          /s/  Alvin K. Hellerstein
            New York, New York                ALVIN K. HELLERSTEIN
                                                           United States District Judge