UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :     **SCHEDULING ORDER**
                                        :
   -against-                            :     20 Cr. 187 (AKH)
                                        :
                                        :
PAULETTE ETOTY,                         :
                                        :
                           Defendant.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The final pre-trial conference is adjourned from to February 21, 2024, to May 2, 2024, at 11:00 a.m.  No later than April 30, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       The trial is adjourned from February 26, 2024, to May 7, 2024, at 10 a.m., and time is excluded until May 7, 2024.


       SO ORDERED.

Dated:    June 20, 2023                   ____/s/_ Alvin K. Hellerstein_____
           New York, New York         ALVIN K. HELLERSTEIN
                                         United States District Judge